**Dismissed and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00717-CV

## IN THE INTEREST OF C.L.D. AND C.K.D. MINOR CHILDREN

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2013-63458**

### MEMORANDUM OPINION

This appeal is from an order signed August 26, 2022. The clerk's record was filed October 24, 2022. No brief was filed.

On December 1, 2022 this court issued an order stating that unless appellant filed a brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.